# United States District Court

## *Southern District of Georgia*

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AUG 14 2026

FILED

SHIVERS TRAVEL PUBLICATIONS LLC,

Plaintiff

Case No. 1:26-cv-00152-JRH

v.

GOVISIT MEDIA, LLC and PETER FLOWER,

Defendant

Appearing on behalf of

Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 14th day of August, 2026.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Patrick B. Reagin

Business Address: Holland & Knight LLP

Firm/Business Name

1180 West Peachtree Street, NW, Suite 1800

Street Address

| Street Address (con't) | City | State | Zip |
|---|---|---|---|
| | Atlanta | GA | 30309 |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| | | | |

| Telephone Number (w/ area code) | Georgia Bar Number |
|---|---|
| 404-817-8433 | 502117 |

Email Address: patrick.reagin@hklaw.com